UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
2006 FEB -2 PM 3:00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

        Plaintiff,

vs

KHANH DIEU HOANG

        Defendant.

Case No. CR-05-209-WHA

ORDER FOR
VOLUNTARY SURRENDER

Defendant has requested permission to report voluntarily, at defendant's own expense, to the federal institution designated by the Bureau of Prisons for service of defendant's sentence:

IT IS HEREBY ORDERED THAT:

(1) A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

(2) Defendant shall immediately report to the United States Marshal's Office, Room 20006, 450 Golden Gate Avenue, San Francisco, for further instructions, which Defendant shall follow precisely.

(3) As Notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons on or before **March 27, 2006**. If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office of the United States Marshal by 12:00 p.m. on the surrender date.

(4) Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

<u>FAILURE TO APPEAR</u> as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated: 2-2-06

WILLIAM ALSUP
United States District Judge

cc:     U.S. Marshal, AUSA, Defense Attorney, Defendant

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

HOANG et al,

        Defendant.
_____/

Case Number: CR05-00209 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 2, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey R. Finigan
U.S. Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Karen L. Hawkins
Taggart & Hawkins PC
1901 Harrison Street, Suite 1120
San Francisco, CA 94612

Steven Morris Katz
Sideman & Bancroft LLP
One Embarcadero Center, 8th fl.
San Francisco, CA 94111

JD Woods
US Probation Office

US Pretrial Service

Dated: February 2, 2006

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk